JAMES DORMAN, as Administrator, etc., Respondent, *v.* THE BROADWAY RAILROAD COMPANY OF BROOKLYN, Appellant.

*Court of Appeals, December 17, 1889.*

Reversing 25 N. Y. St. Rep. 1009.

*Appeal. Negligence.*—Where the record contains no evidence that the plaintiff's intestate came to his death from any fault or carelessness attributable to the defendant, but his death was due to his accidental falling upon defendant's railway, a judgment in favor of the plaintiff should be reversed, and a new trial granted.

This action was brought to recover damages for alleged negligence causing the death of plaintiff's intestate.

Appeal from a judgment of the general term of the city court of Brooklyn, affirming a judgment entered upon a verdict, and an order denying a motion for a new trial.

*Thos. S. Moore*, for appellant.

*Chas. J. Patterson*, for respondent.

PER CURIAM.—We do not find in this record any evidence that the plaintiff's intestate came to his death from any fault or carelessness attributable to the defendant. His death was due solely to his accidental falling upon the defendant's railway.

The judgment should, therefore, be reversed and a new trial granted, costs to abide the event.

All concur.